IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DANNY JERARD JACKSON**                                                          **PETITIONER**

**V.**                                   **CAUSE NO. 1:12CV364-LG-JCG**

**STATE OF MISSISSIPPI;**
**JIM HOOD; RON KING**                                       **RESPONDENTS**

## FINAL JUDGMENT

This matter is before the Court on submission of the [14] Report and Recommendation of Chief United States Magistrate Judge John M. Roper entered in this cause on May 22, 2014.  The Court, having adopted said Report and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed.  Accordingly,

**IT IS ORDERED AND ADJUDGED** that this matter be, and is hereby, **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 15th day of October, 2014.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE